**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6233**

PAUL ROBERSON,

Petitioner - Appellant,

versus

TERRY O'BRIEN, Warden,

Respondent - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   Samuel G. Wilson, District Judge.   (7:06-cv-00414-sgw)

Submitted: April 26, 2007                     Decided: May 3, 2007

Before WILLIAMS, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Paul Roberson, Appellant Pro Se.   Thomas Linn Eckert, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Roberson, a federal prisoner, appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (2000) petition and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Roberson v. O'Brien, No. 7:06-cv-00414-sgw (W.D. Va. Jan. 31, 2007; filed Feb. 5, 2007, entered Feb. 6, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED